IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bricklayers and Allied Craftworkers Local 1 of PA/DE, et al., *Plaintiffs,* v. GTC Ceramic Tile, LLC, et al., *Defendants.* | CIVIL ACTION NO. 23-3830 |

## ORDER

**AND NOW**, this 23rd day of October 2024, Plaintiffs' Motion for Default Judgment (ECF No. 7) is **GRANTED**. Judgment is entered for the Plaintiffs and against GTC Ceramic Tile, LLC and George Celona, jointly and severally, for $134,963.65 in the following amounts:

1. $86,547.32 in reported but unpaid contributions for the months of June through September 2021, September and October 2022, and January through March 2023;

2. $22,156.05 in interest on the reported but unpaid contributions;

3. $9,548.75 in liquidated damages on the reported but unpaid contributions;

4. $5,275.07 in interest on late-paid contributions from 2021 to May 31, 2024;

5. $6,684.46 in liquidated damages on the late-paid contributions;

6. $4,205.00 in attorneys' fees;

7. $547.00 in litigation costs.

It is further **ORDERED** that Defendant GTC Ceramic Tile, LLC shall submit contribution reports for March and April 2024 and shall henceforth report employee hours and pay contributions to Plaintiffs on time pursuant to the Collective Bargaining Agreement.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.